■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v KEITH DARLING, Defendant. [970 NYS2d 462]—Application by the defendant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of counsel, a judgment of the Supreme Court, Richmond County (Rienzi, J.), rendered September 29, 1997.

Ordered that the application is dismissed.

No application lies in this Court for a writ of error coram nobis to vacate a judgment of conviction on the ground that the defendant received ineffective assistance of counsel before the judgment was rendered (*see People v Gordon*, 183 AD2d 915,

915 [1992]; *cf. People v Syville*, 15 NY3d 391, 400-401 [2010]; *People v Bachert*, 69 NY2d 593, 596-600 [1987]). Since the relief sought by the defendant may not be obtained in this Court (*cf.* CPL 440.10), the defendant's application must be dismissed. Rivera, J.P., Balkin, Lott and Sgroi, JJ., concur.